1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHYNA MCKAY and others,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CITY OF HAYWARD and others,<br><br>                    Defendants. | Case No. 12-cv-01613 NC<br><br>**ORDER DENYING REQUEST FOR CONTINUANCE**<br><br>Re: Dkt. No. 12 |

17    Last month, the Court granted the parties' request for an extension of the pretrial

18  deadlines and trial date.  Now, the parties seek a second extension.  Defense counsel

19  declares that work furloughs interfered with his ability to take plaintiffs' depositions and to

20  make deponents available to plaintiffs, but fails to explain why the parties waited until

21  December to complete these depositions.  Plaintiffs' counsel fails to explain how a busy

22  2013 trial schedule warrants an extension when this trial was set last summer during a case

23  management conference that she attended.  And neither counsel has shown good cause for

24  why they waited for the original discovery deadline to expire before seeking a continuance,

25  or what new developments interfere with the revised schedule set by the Court last month.

26  Because the parties have not shown diligence, the Court DENIES the parties' request to

27  continue the pretrial deadlines and trial date.

28  //

1    The case management conference currently scheduled for March 27, 2013 is moved

2   to February 6, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450

3   Golden Gate Avenue, San Francisco.  The parties must submit a joint case management

4   statement by January 30, 2013 at 5:00 p.m.  For good cause, the parties may seek to

5   reschedule the February 6 case management conference.

6    IT IS SO ORDERED.

7    Date: January 28, 2013

8                                              Nathanael M. Cousins
                                               United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 12-cv-01613 NC
ORDER DENYING REQUEST FOR          2
CONTINUANCE