MICHAEL S. LAWSON (SBN 048172)
City Attorney
RAFAEL E. ALVARADO JR. (SBN 247904)
Assistant City Attorney
MICHAEL VIGILIA (SBN 228353)
Assistant City Attorney
JOSEPH BRICK (SBN 253132)
Deputy City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660

Attorneys for Defendant City of Hayward,
Former Police Chief Ron Ace, Officers Loring Cox,
Michael Miller and Robert Purnell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHINA McKAY AND JONATHAN PORTERO-BROWN, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO THE ESTATE of JESSE PORTER; and JESSE PORTER JR., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST TO THE ESTATE OF JESSE PORTER, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JESSE PORTER,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF HAYWARD, FORMER HAYWARD POLICE CHIEF RON ACE, IN HIS INDIVIDUAL AND OFFICAL CAPACITIES, HAYWARD POLICE OFFICERS LORING COX, MICHAEL MILLER and ROBERT PURNELL, and DOES ONE through TWENTY FIVE, inclusive,<br><br>    Defendants. | Case No. CV 12-1613 (NC)<br><br>DECLARATION OF OFFICER ROBERT PURNELL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF CLAIMS, |

I, Robert Purnell, declare as follows:

1. I am employed by the City of Hayward as a police officer for the Hayward Police Department ("HPD"). I have been a Hayward Police Officer since January 2010.

2. On May 29, 2011, I was working patrol during the night shift, between the hours of 6:00 p.m., to 6:30 a.m. On said date, I heard a Hayward radio dispatch of an armed robbery occurring at Domino's Pizza located at 22962 Clawiter Road in Hayward. It was my understanding that the suspect committed the robbery with a black handgun.

3. At approximately 10:36 p.m., Hayward police radio provided updated information indicating the suspect fled either north towards a Jack-in-the-Box restaurant or towards North Lane. North Lane is located in an eastbound direction. To reach North Lane from the Domino's, a person must travel east through the Domino's parking lot.

4. I arrived on-scene at approximately 10:37 p.m. I was instructed via police radio to join Officer Loring Cox for a search of the armed robbery suspect. The search team consisted of Officer Cox as canine handler, and Officer Michael Miller as the second cover officer. We began the search almost immediately after my arrival.

5. My role as a cover officer is to look for any threats to the canine handler and the canine as the handler and canine focus on the search. The handler focuses on the police canine during the search, so a cover officer provides protection from dangers that may arise. At the time, I reasonably believed that we were providing cover protection from a dangerous armed robbery suspect.

6. I followed Officer Loring Cox and canine "Nicky" as they performed a trail of the suspect. We started the search east through the alleyway that services the Domino's business. Surveillance video from the Domino's business would confirm that two suspects fled east through the parking lot.

7. During the search, I continuously scanned the surroundings for the dangerous armed robbery suspect. I followed Officer Cox and Nicky until we reached a driveway of a business complex located at 1204 West Winton Avenue. We then turned south down the driveway until we reached an eight-foot high concrete fence at the rear of the business complex.

8. The eight-foot high concrete wall runs along the length of the rear of the business complex. The concrete wall separates the business complex on the north side of the wall from a mobilehome park on the south side of the wall. At the wall, I observed Nicky pawed at the wall and turned in circles.

9. We observed wooden pallets in this area behind the business complex. A wooden pallet was leaned against the wall in order to look over the wall. Officer Cox looked over the wall and decided to continue the search over the wall. Officer Cox instructed me to hold the end of the leash, to ensure that Nicky did not did not slam onto the ground as he placed the canine over the wall. Officer Cox lifted Nicky into his arms and over the wall. He then started lowering Nicky to the ground by the leash. Once Officer Cox lowered Nicky to the ground, he indicated I no longer needed to hold the leash. Officer Cox and Nicky continued the search on the other side of the wall.

10. I scaled the wall onto the south side after Officer Cox. Once on the other side, I saw a man lying on the ground and I knelt down by his head. I now know this person was Jesse Porter. I did not direct or make physical contact with Mr. Porter, other than to provide assistance after the canine bite.

11. I observed that Mr. Porter suffered a dog bite. His pupils were different in size, indicating that he may have suffered a head injury or shock. Mr. Porter also appeared flushed and his hand felt clammy.

12. We requested assistance from the Hayward Fire Department and paramedics. I remained with Mr. Porter until he was placed in the ambulance and transported to the hospital.

13. After the search, I assisted in the investigation of the armed robbery at the Domino's Pizza, including witness interviews. A Domino's Pizza employee confirmed that he saw a suspect enter the business and hold a handgun towards a co-worker as he demanded money. Attached hereto as Exhibit A is a true and correct copy of the report I prepared concerning the incident at issue.

1   I declare under penalty of perjury under the laws of the United States and the laws of the
2   state of California that the foregoing is true and correct.
3   Executed this _23_ day of April, 2013, in Hayward, California.

_____

OFFICER ROBERT PURNELL

McKay et al. v. City of Hayward, et al.
USDC Case No. CV 12-1613                    -4-                Declaration of Officer Robert Purnell In Support
                                                                of Defendants' Motion for Summary Judgment