1  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
2  RAFAEL E. ALVARADO JR. (SBN 247904)
   Assistant City Attorney
3  MICHAEL VIGILIA (SBN 228353)
   Assistant City Attorney
4  JOSEPH BRICK (SBN 253132)
   Deputy City Attorney
5  CITY OF HAYWARD
   777 B Street, 4th Floor
6  Hayward, CA 94541-5007
   Tel: (510) 583-4450
7  Fax: (510) 583-3660

8  Attorneys for Defendant City of Hayward,
   Former Police Chief Ron Ace, Officers Loring Cox,
9  Michael Miller and Robert Purnell

10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13

14 CHINA McKAY AND JONATHAN                  Case No. CV 12-1613 (NC)
15 PORTERO-BROWN, INDIVIDUALLY AND
   AS SUCCESSORS-IN-INTEREST TO THE
16 ESTATE of JESSE PORTER; and JESSE         DECLARATION OF OFFICER MICHAEL
   PORTER JR., INDIVIDUALLY, AS              MILLER IN SUPPORT OF DEFENDANTS'
17 SUCCESSOR-IN-INTEREST TO THE              MOTION FOR SUMMARY JUDGMENT, OR
                                             IN THE ALTERNATIVE FOR SUMMARY
18 ESTATE OF JESSE PORTER, AND AS            ADJUDICATION OF CLAIMS,
   PERSONAL REPRESENTATIVE OF THE
19 ESTATE OF JESSE PORTER,

20         Plaintiffs,
21 v.

22 CITY OF HAYWARD, FORMER HAYWARD
   POLICE CHIEF RON ACE, IN HIS
23 INDIVIDUAL AND OFFICAL CAPACITIES,
   HAYWARD POLICE OFFICERS LORING
24 COX, MICHAEL MILLER and ROBERT
   PURNELL, and DOES ONE through TWENTY
25 FIVE, inclusive,

26         Defendants.
27
28

---

McKay et al. v. City of Hayward, et al.                 Declaration of Officer Michael Miller In Support
USDC Case No. CV 12-1613             -1-                of Defendants' Motion for Summary Judgment

I, Michael Miller, declare as follows:

1. I am employed by the City of Hayward as a police officer for the Hayward Police Department ("HPD"). I have been a Hayward Police Officer since February 2010.

2. On May 29, 2011, I was working as a police officer and responded to an armed robbery at a Domino's Pizza located at 22962 Clawiter Road in Hayward. It was my understanding that the suspect committed the robbery with a black handgun.

3. At approximately 10:36 p.m., Hayward police radio provided updated information indicating the suspect fled either north towards a Jack-in-the-Box restaurant or towards North Lane. North Lane is located in an eastbound direction. To reach North Lane from the Domino's, a person must travel east through the Domino's parking lot.

4. I arrived on-scene at approximately 10:37 p.m., and was assigned to a search team as a cover officer. The search team consisted of Officer Loring Cox as canine handler, and Officer Robert Purnell as the second cover officer. We began the search very soon after my arrival.

5. My focus as a cover officer was to provide security to Officer Loring Cox and his canine Nicky from any dangers, including a dangerous armed robbery suspect, as Officer Cox and his canine conducted a trail of the suspect.

6. I followed Officer Loring Cox and Nicky as the canine conducted its trail. During the search, I continuously scanned the surroundings for the dangerous armed robbery suspect. I also provided Hayward dispatch updates of our location and direction by means of my police radio and listened to any updates provided to us by Hayward dispatch.

7. Officer Cox and Nicky led the search team east through the parking lot of the Domino's Pizza until we reached Saklan Road. Surveillance video from the Domino's business would confirm that two suspects fled east through the parking lot.

8. We turned north onto Saklan Road until we reached West Winton Avenue. We then traveled eastbound along West Winton until we reached the driveway of a business complex located at 1204 West Winton Avenue. We then turned south down the driveway until we reached an eight-foot high concrete fence at the rear of the business complex.

9. The eight-foot high concrete wall runs along the length of the rear of the business complex. The concrete wall separates the business complex on the north side of the wall from a mobilehome park on the south side of the wall. At the wall, Officer Cox informed us that the canine was alerting to the other side of the wall.

10. We observed wooden pallets in this area behind the business complex. A wooden pallet was leaned against the wall in order for one of the other officers to look over the wall. I continued to provide cover and security on the north side of the wall by scanning the area for any dangers, including the dangerous armed suspect. Officer Cox and Nicky scaled the wall to continue the trail on the other side.

11. I scaled the wall onto the south side soon thereafter. I observed an elderly gentlemen lying on the ground. I now know this person was Jesse Porter. I also observed Officer Cox and Officer Purnell tending to Mr. Porter. We requested assistance from the Hayward Fire Department and a medical unit.

12. I did not make any physical contact with Mr. Porter. I proceeded to the adjacent mobilehome unit and made contact with the female resident at 1200 West Winton, Unit 11, to inquire about Mr. Porter. The resident knew Mr. Porter and lived in the unit. This concluded my involvement concerning this incident.

I declare under penalty of perjury under the laws of the United States and the laws of the state of California that the foregoing is true and correct.

Executed this 20 day of April, 2013, in Hayward, California.

OFFICER MICHAEL MILLER