UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA McKAY AND JONATHAN PORTERO-BROWN, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO THE ESTATE of JESSE PORTER; AND JESSE PORTER JR., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST TO THE ESTATE of JESSE PORTER, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JESSE PORTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HAYWARD, FORMER HAYWARD POLICE CHIEF RON ACE, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, HAYWARD POLICE OFFICERS LORING COX, MICHAEL MILLER, and ROBERT PURNELL, and DOES ONE through TWENTY FIVE, inclusive,<br><br>Defendants. | Case No. 3:12-CV-121613 NC<br><br>[PROPOSED] **ORDER RE DELIVERY OF AUDIO-VISUAL EQUIPMENT TO COURTROOM**<br><br>**Action Filed: 03/30/12**<br>**Trial: 06/24/13** |

The court hereby authorizes the following employees of Litigation-Tech, LLC to use the courthouse loading dock and freight elevators on the afternoon of Thursday, June 20, 2013, for the purpose of bringing audio-visual equipment into the courthouse and setting it up in Magistrate Judge Nathaniel Cousin's courtroom (Courtroom A -15th Floor): Ted Brooks, Sean Sullivan and/or Tom Goodin. The equipment they are authorized to bring into the courtroom includes a

1  projector, screen, video monitors, speakers, and associated cables, switches and accessories.

2  IT IS SO ORDERED.

3  Dated:  June 18, 2013

_____
Magistrate Judge Nathanael M. Cousins

